ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| CoSTAR Services, Inc. | ) ASBCA Nos. 62403, 62404, 62405 |
| | )           62406, 62407, 62408 |
| | )           62409, 62410, 62805 |
| | )           63843, 63844, 63845 |
| | )           63846 |
| | ) |
| Under Contract No. N69450-17-D-1706 | ) |

APPEARANCES FOR THE APPELLANT:    J. Travis Pittman, Esq.
                                           Chidinma P. Okogbue, Esq.
                                             Holmes Pittman & Haraguchi LLP
                                             Chester, MD

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                             Navy Chief Trial Attorney
                                             David M. Marquez, Esq.
                                             Trial Attorney

### OPINION BY ADMINISTRATIVE JUDGE HEIDI L. OSTERHOUT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $259,261.28. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: October 2, 2024

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I <u>concur</u>

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I <u>concur</u>

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62403, 62404, 62405, 62406, 62407, 62408, 62409, 62410, 62805, 63843, 63844, 63845, 63846, Appeals of CoSTAR Services, Inc., rendered in conformance with the Board's Charter.

Dated: October 2, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals